# Wal-Mart Stores Inc.

## Fax Coversheet

**Date:** 12/29/21
**From:**
**Email:**

**To:**
**Fax:** 4792775991
**Subject:** STORE: isp.s01061.us
**Notes:** Confidential Wal-Mart Stores, Inc.

**This fax and any files transmitted with it are CONFIDENTIAL and intended solely for the individual or entity to whom they are addressed. If you have received this in error please destroy it immediately.**

EXHIBIT "A"



## Email/Fax Coversheet

To: Legal Department/ Central Intake     Contact Name: Joshua Lake

Date: 12-29-2021     Store or Club Number: 1061

Fax: 479-277-5991     Date Received: 12-29-2021

Email: **Legal@walmartlegal.com**     Total Pages: 30

Phone: 479-273-4505     Hearing Date:

*Instructions: Fax or email documents with coversheet to the Legal Department, make a copy for your records and mail in the originals to Walmart Legal Department 702 SW 8th Street, Bentonville, AR 72716-0215. If you have any questions, please call the Legal Department Operator at 479-273-4505.*

Store Comments:

1 of 4



EXHIBIT "A"

## SHERIFF'S ENTRY OF SERVICE

| | | |
|---|---|---|
| Superior Court | ☐ | Magistrate Court ☐ |
| State Court | ☒ | Probate Court ☐ |
| Juvenile Court | ☐ | |

Civil Action No. **STV2021000035**

Date Filed **12/23/21 10:21 PM**

Georgia, **JEFF DAVIS** COUNTY

Attorney's Address   Cary, Tracy W
**Tracy Wayne Cary**
**1 Chase Corporate Drive**
**Suite 400**
**Birmingham, ALABAMA 35244**

Asodi, Mike

_____
Plaintiff

VS.
Lake, Joshua; Walmart, Inc.; Walmart Stores, Inc.; Walmart

Name and Address of Party to be Served.
**Lake, Joshua**

Stores East, LP

_____
Defendant

**Walmart, 136 East Jarman Street**

**Hazlehurst, GEORGIA 31539**

_____
Garnishee

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _Joshua LAke_ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This _29_ day of _Dec_, 20 _21_

_____
Deputy

**STATE COURT OF JEFF DAVIS COUNTY**
**STATE OF GEORGIA**

✻ EFILED IN OFFICE
CLERK OF STATE COURT
JEFF DAVIS COUNTY, GEORGIA

**STV2021000035**

DEC 23, 2021 10:21 PM

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

CIVIL ACTION NUMBER  STV2021000035

Asodi, Mike

_____

**PLAINTIFF**

**VS.**

Lake, Joshua
Walmart, Inc.
Walmart Stores, Inc.
Walmart Stores East, LP

_____

**DEFENDANTS**

**SUMMONS**

TO: LAKE, JOSHUA

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Tracy W Cary**
> **Tracy Wayne Cary**
> **1 Chase Corporate Drive**
> **Suite 400**
> **Birmingham, Alabama 35244**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 23rd day of December, 2021.**

Clerk of State Court

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

EXHIBIT "A"

## STATE COURT OF JEFF DAVIS COUNTY
## STATE OF GEORGIA

EFILED IN OFFICE
CLERK OF STATE COURT
JEFF DAVIS COUNTY, GEORGIA
**STV2021000035**

DEC 23, 2021 10:21 PM

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

CIVIL ACTION NUMBER  STV2021000035

Asodi, Mike

_____

**PLAINTIFF**

VS.

Lake, Joshua
Walmart, Inc.
Walmart Stores, Inc.
Walmart Stores East, LP

_____

**DEFENDANTS**

### SUMMONS

TO: WALMART, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Tracy W Cary**
> **Tracy Wayne Cary**
> **1 Chase Corporate Drive**
> **Suite 400**
> **Birmingham, Alabama 35244**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 23rd day of December, 2021.**

Clerk of State Court

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

EXHIBIT "A"

**STATE COURT OF JEFF DAVIS COUNTY**
**STATE OF GEORGIA**

✎ EFILED IN OFFICE
CLERK OF STATE COURT
JEFF DAVIS COUNTY, GEORGIA
**STV2021000035**

DEC 23, 2021 10:21 PM

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

CIVIL ACTION NUMBER   STV2021000035

Asodi, Mike

_____

**PLAINTIFF**

VS.

Lake, Joshua
Walmart, Inc.
Walmart Stores, Inc.
Walmart Stores East, LP

_____

**DEFENDANTS**

**SUMMONS**

TO: WALMART STORES, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the
Plaintiff's attorney, whose name and address is:

> **Tracy W Cary**
> **Tracy Wayne Cary**
> **1 Chase Corporate Drive**
> **Suite 400**
> **Birmingham, Alabama 35244**

an answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.

**This 23rd day of December, 2021.**

Clerk of State Court

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

EXHIBIT "A"

✎ EFILED IN OFFICE
CLERK OF STATE COURT
JEFF DAVIS COUNTY, GEORGIA

**STV2021000035**

DEC 23, 2021 10:21 PM

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

**STATE COURT OF JEFF DAVIS COUNTY**
**STATE OF GEORGIA**

CIVIL ACTION NUMBER  STV2021000035

Asodi, Mike

**PLAINTIFF**

VS.

Lake, Joshua
Walmart, Inc.
Walmart Stores, Inc.
Walmart Stores East, LP

**DEFENDANTS**

**SUMMONS**

TO: WALMART STORES EAST, LP

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **Tracy W Cary**
> **Tracy Wayne Cary**
> **1 Chase Corporate Drive**
> **Suite 400**
> **Birmingham, Alabama 35244**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 23rd day of December, 2021.**

Clerk of State Court

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

Page 1 of 1

**EXHIBIT "A"**

🏛 EFILED IN OFFICE
CLERK OF STATE COURT
JEFF DAVIS COUNTY, GEORGIA

**STV2021000035**

DEC 23, 2021 10:21 PM

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

## IN THE STATE COURT OF JEFF DAVIS COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **MIKE ASODI,** | ) |
| | ) |
| **Plaintiff,** | )     **Civil Action File No.** _____ |
| | ) |
| **v.** | )     **JURY TRIAL DEMANDED** |
| | ) |
| **JOSHUA LAKE,** | ) |
| **WALMART, INC.,** | ) |
| **WALMART STORES, INC.,** | ) |
| **WALMART STORES EAST, LP,** | ) |
| | ) |
| **Defendants.** | ) |

## COMPLAINT

Plaintiff Mike Asodi hereby files this Complaint against Defendants Joshua Lake, Walmart Stores, Inc., Walmart, Inc. and Walmart Stores East, LP.

1.

Plaintiff Mike Asodi is an adult resident and citizen of Dothan, Houston County, Alabama, and was injured when he slipped and fell on a foreign object allowed to be on a wet floor in the Defendants' store Supercenter #1061 in Hazlehurst, Jeff Davis County, Georgia, on January 3, 2020.

2.

Upon information and belief, Defendants Walmart Stores, Inc., Walmart, Inc., and Walmart Stores East, LP are foreign corporate entities which do business at, and may be served at the Supercenter #1061, 136 East Jarman Street, Hazlehurst, GA 31539. Defendants are subject to the jurisdiction and venue of this Court.

3.

Upon information and belief, the Defendant Joshua Lake is an adult resident and citizen of the State of Georgia who is the general manager of the Walmart Supercenter #1061 in Hazlehurst, Jeff Davis County, Georgia, at all times material hereto and may be served at the Walmart Supercenter #1061, 136 East Jarman Street, Hazlehurst, GA 31539. Defendant Lake owed a duty to Plaintiff to keep the floors in a reasonably safe condition and to ensure the Defendant Walmart's policies and procedures were followed, for the safety of customers and employees. Defendant is subject to the jurisdiction and venue of this Court.

EXHIBIT "A"

4.

The incident which forms the basis of this complaint occurred at the Defendants' premises located at or near Supercenter #1061, 136 East Jarman Street, Hazlehurst, Jeff Davis County, Georgia on January 3, 2020.

5.

Venue is appropriate in this Court based on O.C.G.A. § 14-2-510(b)(3) because the cause of action originated in Jeff Davis County, Georgia and the Defendants have an office in Jeff Davis County and transact business there.

6.

The amount in controversy, exclusive of attorney fees and costs, exceeds the minimum jurisdictional requirements of this Court.

## COUNT ONE
### (Negligence)

7.

On January 3, 2020, Plaintiff Mike Asodi was an invitee of Defendants Walmart Stores, Inc., Walmart, Inc., and/or Walmart Stores East, LP and Defendant Lake ("Defendants") at the Defendants' premises located in Hazlehurst, Jeff Davis County, Georgia.

8.

While on Defendants' premises, Plaintiff fell and was injured after slipping on a placemat on a wet floor of the store.

9.

The placemat on the wet floor of Defendants' premises caused the floor to be in a defective and unreasonably dangerous condition.

10.

The unreasonably dangerous condition of the floor was caused by the negligence, carelessness, and unskillfulness of employees or agents of Defendants while acting in the line and scope of their duty.

11.

2

EXHIBIT "A"

Pursuant to O.C.G.A. § 51-2-2, Defendants are responsible for the negligent acts and omissions of their employees which occurred in the line and scope of the employees' employment.

12.

Employees or agents of Defendants negligently maintained, inspected, and/or caused the unreasonably dangerous condition of the floor.

13.

Employees or agents of Defendants and/or Defendant Lake owed Plaintiff the duty to keep the floors in a reasonably safe condition and to ensure the Defendant Walmart's policies and procedures were followed, for the safety of customers and employees.

14.

The unreasonably dangerous condition of the floor had existed for such an unreasonable length of time that employees or agents of Defendants knew or should have known of the condition and been on notice of the condition's existence prior to the incident involving Plaintiff.

15.

At all times material to this action, Defendants owed members of the public who came upon its premises, including Plaintiff, a duty to exercise ordinary care in keeping its premises safe, to warn of the existence of any hazards on its premises, and to remove any hazards that existed on its premises.

16.

At the time of the incident, Plaintiff fell even though he exercised ordinary care for his own personal safety because he lacked knowledge of the hazard created due to Defendants' actions or inactions.

17.

Employees or agents of Defendants negligently failed to warn Plaintiff of the unreasonably dangerous condition of the floor prior to the incident.

18.

The Defendants breached these duties by causing or allowing a dangerous condition to exist, to-wit, they allowed a placemat to remain on a wet floor in the Walmart Supercenter, which created a slick and dangerous surface on the floor.

3

EXHIBIT "A"

19.

Employees or agents of Defendants created or allowed the unreasonably dangerous condition of the floor so notice to Defendants is presumed by law.

20.

As a proximate result of the negligence of employees or agents of Defendants, Plaintiff suffered physical injuries resulting in medical treatment, medical expenses, pain, mental anguish, loss of enjoyment of life, permanent impairment, lost wages and other damages.

21.

As a proximate result of the negligence of employees or agents of Defendants, Plaintiff suffered physical injuries to his right knee, low back, right hip and right shoulder.

22.

As a proximate result of the negligence of employees or agents of Defendants, Plaintiff incurred medical expenses from the following healthcare providers for the treatment of his injuries:

## MEDICAL SPECIALS OF MIKE ASODI
## DATE OF INJURY JANUARY 3, 2020

| PROVIDER OF SERVICE | AMOUNT |
|---|---|
| Hughston Clinic | $21,382.00 |
| Memorial HealthCare Center | $194.00 |
| Radiology Associates | $101.00 |
| Coffee Regional Medical Center | $1,182.00 |
| Coffee Emergency Group | $1,416.00 |
| Russell County Community Hospital | $19,528.27 |
| AMSOL Anesthesiologists of Georgia | $2,838.00 |
| At Home Medical | $100.00 |
| | |
| TOTAL | $46,741.27 |

Plaintiff will timely amend this Complaint with any additional medical expenses prior to trial.

23.

4

EXHIBIT "A"

Plaintiff is entitled to recover from Defendants the amount of his special damages which equal or exceed $46,741.27, plus an amount which in the enlightened conscience of an impartial jury would compensate him for his injuries, lost wages, pain and suffering, and his diminished enjoyment of life and all other damages as allowed by Georgia law.

**WHEREFORE**, Plaintiff requests the following:

a.      That process issue requiring the Defendants to answer according to law;

b.      That Plaintiff have judgment against the Defendants for the amount of all his medical bills, all related medical expenses, and other out of pocket expenses due to Defendants' negligence;

c.      That Plaintiff have judgment against the Defendants for general damages to fully compensate him for his injuries, his pain and suffering, his physical impairment and diminished enjoyment of life, all as determined by the fair and enlightened conscience of the jury;

d.      That Plaintiff be awarded a trial by jury; and

e.      That Plaintiff be awarded any and all other such relief as this Court deems just and equitable, including all costs which are taxable under Georgia law.

f.      Plaintiff specifically avails himself to any and all measures of damages, in category and kind, allowed under Georgia law, whether statutory or at common law, and nothing in this pleading should serve to limit that plea for relief.

Respectfully submitted on this the 23rd day of December, 2021.

ALABAMA PERSONAL INJURY LAWYERS, LLC

*/s/ Tracy W. Cary*
TRACY W. CARY
Georgia Bar No. 114985
Attorney for Plaintiff
1 Chase Corporate Drive, Suite 400
Birmingham, AL 35244
205-855-2745 Tel
334-834-8321 Fax

5

EXHIBIT "A"

## JURY DEMAND

Plaintiff hereby demands a jury trial.

/s/ Tracy W. Cary
Tracy W. Cary

6

EXHIBIT "A"

⚖ EFILED IN OFFICE
CLERK OF STATE COURT
JEFF DAVIS COUNTY, GEORGIA

STV2021000035

DEC 23, 2021 10:21 PM

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☑ State Court of __Jeff Davis__ County

| For Clerk Use Only | |
|---|---|
| Date Filed _____<br>MM-DD-YYYY | Case Number _____ |

**Plaintiff(s)**

| Asodi | Mike | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

| Lake | Joshua | | | |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Walmart Stores East, LP | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Walmart, Inc. | | | | |
| Last | First | Middle I. | Suffix | Prefix |
| Walmart Stores, Inc. | | | | |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Tracy W Cary     **Bar Number** 114985     **Self-Represented** ☐

**Check One Case Type in One Box**

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**

- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number          Case Number

☐ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

EXHIBIT "A"

# SHERIFF'S ENTRY OF SERVICE

| | |
|---|---|
| Civil Action No. _____STV2021000035_____ | Superior Court ☐  Magistrate Court ☐<br>State Court ☒  Probate Court ☐<br>Juvenile Court ☐ |
| Date Filed _____12/23/21 10:21 PM_____ | Georgia, _____JEFF DAVIS_____ COUNTY |
| Attorney's Address   Cary, Tracy W<br>Tracy Wayne Cary<br>1 Chase Corporate Drive<br>Suite 400<br>Birmingham, ALABAMA 35244- | Asodi, Mike<br><br>_____ |
| | Plaintiff |
| | VS. |
| Name and Address of Party to be Served.<br>Lake, Joshua | Lake, Joshua; Walmart, Inc.; Walmart Stores, Inc.; Walmart<br>Stores East, LP |
| Walmart, 136 East Jarman Street | Defendant |
| Hazlehurst, GEORGIA 31539 | Garnishee |

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____Joshua Lake_____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION** ☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant not to be found in the jurisdiction of this court.

This _29_ day of _____DEC_____, 20_21_  _____ Deputy

EXHIBIT "A"

EFILED IN OFFICE
CLERK OF STATE COURT
JEFF DAVIS COUNTY, GEORGIA

**STV2021000035**
SR
**JAN 28, 2022 10:18 AM**

Julie Wilkinson, Clerk
Jeff Davis County, Georgia

**IN THE STATE COURT OF JEFF DAVIS COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| MIKE ASODI, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   **Civil Action File No. STV2021000035** |
| | ) |
| JOSHUA LAKE, | ) |
| WALMART, INC., | ) |
| WALMART STORES, INC., | ) |
| WALMART STORES EAST, LP, | ) |
| | ) |
|     **Defendants.** | ) |

## ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT

COME NOW, Defendants Joshua Lake, Walmart, Inc., Walmart Stores Inc., and Wal-Mart Stores East, LP, and file this Answer and Defenses to Plaintiff's Complaint and show the Court as follows:

### First Defense

Pending additional investigation and discovery, Plaintiff's Complaint, taken as a whole, may fail to state a claim against one or more Defendants upon which relief may be granted.

### Second Defense

Defendants show that Walmart, Inc. and Walmart Store Inc., was not involved in the day-to-day operation of the Walmart store at issue. While Defendants deny liability, Defendants state that Wal-Mart Stores East, LP was the entity involved in the day-to-day operation of the Walmart store at issue. Defendants request that Plaintiff voluntarily dismiss Walmart, Inc., and Walmart Stores Inc.

### Third Defense

Pending additional investigation and discovery, Defendants affirmatively preserve any and all defenses based on the doctrine of laches and/or the applicable statute of limitations.

EXHIBIT "A"

## Fourth Defense

Pending additional investigation and discovery, Defendants state that Plaintiff's alleged injuries and damages were caused or contributed to by Plaintiff's actions.

## Fifth Defense

Defendants deny that Defendants or Defendants' agents or employees were negligent in any way in connection with the incident which is the subject of this litigation.

## Sixth Defense

Defendants breached no duty owed to Plaintiff.

## Seventh Defense

Plaintiff may not recover against Defendants because no act or omission of Defendants was the legal cause or the proximate precipitating cause of Plaintiff's alleged injuries and damages.

## Eighth Defense

Pending further investigation and discovery, Defendants assert the defenses of contributory and comparative negligence.

## Ninth Defense

Plaintiff may not recover against Defendants due to Plaintiff's equal or superior knowledge of any condition which he alleges resulted in this event.

## Tenth Defense

Plaintiff failed to exercise ordinary care for his own safety.

## Eleventh Defense

Defendants deny any and all allegations regarding negligent inspection and failure to warn.

### Twelfth Defense

Plaintiff is not entitled to any special damages to the extent that Plaintiff has failed to specifically plead them in accordance with O.C.G.A. § 9-11-9(g).

### Thirteenth Defense

Plaintiff is not entitled to attorney's fees, expenses, post-judgment interest, or pre-judgment interest under the facts of this case.  Further, Defendants preserve all rights against Plaintiff to the extent these claims are asserted without any justifiable basis in fact or law. If Plaintiff's claims are determined to be false or fraudulent, Defendants reserve the right to seek all sanctions against all persons allowed by law.

### Fourteenth Defense

Pending further investigation and discovery, Defendants reserve the right to assert all affirmative defenses available under the Georgia Civil Practice Act.

### Fifteenth Defense

In answer to the specific allegations of Plaintiff's Complaint, Defendants show the Court as follows:

1.      In response to the allegations contained in Paragraph 1 of Plaintiff's Complaint, at this time, Defendants are without knowledge or information sufficient to form a belief as to whether or not Plaintiff is a resident and citizen of Dothan, Houston County, Alabama.  With regard to the remainder of Paragraph 1, Defendants deny any allegations of negligence.

2.      In response to the allegations contained in Paragraph 2 of Plaintiff's Complaint, Defendants admit only that the entities listed therein are foreign entities and that Walmart Stores East, LP  does transact business in Hazlehurst, Georgia and is subject to the jurisdiction of this

EXHIBIT "A"

court, and may be subject to the jurisdiction of other courts as well.  The remainder of the allegations contained in Paragraph 2 are denied, as pled.

3.       In response to the allegations contained in Paragraph 3 of Plaintiff's Complaint, Defendants admit that Defendant Lake is an adult resident of the State of Georgia and that he may be served at the address listed in this Paragraph.  Defendants deny the remainder of the allegations contained in Paragraph 3, as pled.

4.       At this time, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.       In response to the allegations contained in Paragraph 5 of Plaintiff's Complaint, Defendants admit only that Walmart Stores East, LP transact business in Jeff Davis County.  The remainder of the allegations on this Paragraph are denied, as pled.

6.       In response to the allegations contained in Paragraph 6 of Plaintiff's Complaint, Defendants admit only that the amount in controversy alleged by Plaintiff meets any jurisdictional requirements of this, and other, Courts.  Any remaining allegations in this Paragraph are denied and Defendants deny any inference or allegation of liability.

## <u>COUNT ONE</u>

### (Negligence)

7.       At this time, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations Contained in Paragraph 7 of Plaintiff's Complaint.  Defendants show that Walmart, Inc. and Walmart Store Inc., was not involved in the day-to-day operation of the Walmart store at issue.  While Defendants deny liability, Defendants state that Wal-Mart Stores East, LP was the entity involved in the day-to-day operation of the

Walmart store at issue.  Defendants request that Plaintiff voluntarily dismiss Walmart, Inc., and Walmart Stores Inc.

8.      At this time, Defendants are without knowledge or information sufficient to form a belief as to the truthfulness of the allegations Contained in Paragraph 8 of Plaintiff's Complaint.  Defendants deny any allegation or implication of negligence or liability.

9.      The allegations contained in Paragraph 9 of Plaintiff's Complaint are denied.

10.     The allegations contained in Paragraph 10 of Plaintiff's Complaint are denied.

11.     The allegations contained in Paragraph 11 of Plaintiff's Complaint are denied.

12.     The allegations contained in Paragraph 12 of Plaintiff's Complaint are denied.

13.     The allegations contained in Paragraph 13 of Plaintiff's Complaint call for the Defendants to reach a conclusion of law in forming a response and, as such, no response is required.  However, Defendants deny that any duties which may have been owed were breached. Defendants deny any inference or allegation of liability and negligence.

14.     The allegations contained in Paragraph 14 of Plaintiff's Complaint are denied.

15.     The allegations contained in Paragraph 15 of Plaintiff's Complaint call for the Defendants to reach a conclusion of law in forming a response and, as such, no response is required.  However, Defendants deny that any duties which may have been owed were breached. Defendants deny any inference or allegation of liability and negligence.

16.     The allegations contained in Paragraph 16 of Plaintiff's Complaint are denied, as pled.

17.     The allegations contained in Paragraph 17 of Plaintiff's Complaint are denied, as pled.

18.     The allegations contained in Paragraph 18 of Plaintiff's Complaint are denied.

EXHIBIT "A"

19.     The allegations contained in Paragraph 19 of Plaintiff's Complaint are denied.

20.     The allegations contained in Paragraph 20 of Plaintiff's Complaint are denied.

21.     The allegations contained in Paragraph 21 of Plaintiff's Complaint are denied.

22.     The allegations contained in Paragraph 22 of Plaintiff's Complaint are denied.

23.     The allegations contained in Paragraph 23 of Plaintiff's Complaint are denied.

24.     Defendants deny that Plaintiff is entitled to the relief requested by him in his Prayers for Relief, and the subparts thereto.

25.     Any remaining allegations which have not been admitted, denied, or otherwise responded to are hereby denied.

**DEFENDANTS HEREBY DEMAND TRIAL BY JURY OF TWELVE REGARDING ANY ISSUES NOT SUBJECT TO SUMMARY ADJUDICATION.**

Having fully answered, Defendants pray that they be discharged with all costs cast against Plaintiff.

Respectfully submitted, this 28th day of January, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Garret W. Meader*

Garret W. Meader
Georgia Bar No. 142402
Ann H. Searcy
Georgia Bar No. 633302
*Attorneys for Defendants*

777 Gloucester Street, Suite 305
Brunswick, Georgia 31520
(912) 280-9662
Meaderg@deflaw.com
Searcya@deflaw.com

EXHIBIT "A"

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have this day forwarded, via United States Mail, postage prepaid, and statutory electronic service via filing with the Court's electronic filing system a true and correct copy of the foregoing ***Answer and Defenses to Plaintiff's Complaint*** to the following counsel of record, addressed as follows:

TRACY W. CARY
1 Chase Corporate Drive, Suite 400
Birmingham, AL 35244

This 28th day of January, 2022.

**DREW, ECKL & FARNHAM, LLP**

*/s/ Garret W. Meader*
_____

Garret W. Meader
Georgia Bar No. 142402
Ann H. Searcy
Georgia Bar No. 633302
*Attorneys for Defendants*

777 Gloucester Street, Suite 305
Brunswick, Georgia  31520
(912) 280-9662
Meaderg@deflaw.com
Searcya@deflaw.com

EXHIBIT "A"